UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

ZAREIN AHMEDZAY,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 18 2018 ★

BROOKLYN OFFICE

ORDER

Docket No. <u>10-CR-18 (RJD)</u>

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Douglas M. Pravda, in connection with defendant Zarein Ahmedzay's sentencing in criminal case number 10-CR-19 (RJD), for an order dismissing the indictment in criminal case number 10-CR-18 (RJD), which charges the defendant with making material false statements;

      WHEREFORE, it is ordered that the indictment in criminal case number 10-CR-18 (RJD) be dismissed with prejudice.

Dated:   Brooklyn, New York
           December 14, 2018

                                    s/Raymond J. Dearie

                                    HONORABLE RAYMOND J. DEARIE
                                    UNITED STATES DISTRICT JUDGE
                                    EASTERN DISTRICT OF NEW YORK